IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03252-BNB

JOHN LOUIS ATKINS,

    Plaintiff,

v.

T. WARD, Corrections Officer/Agent,
M. ARVIZA, Supervisor of Education/Agent,
RENE G. GARCIA, Warden, FCI Englewood, and
HARLEY G. LAPPIN, Director, F.B.O.P., and
UNKNOWN NUMBER OF AGENTS/OFFICERS/EMPLOYEES, Federal Bureau of
    Prisons,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix.

DATED April 12, 2012, at Denver, Colorado.

BY THE COURT:

  s/Boyd N. Boland
United States Magistrate Judge