IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03252-CMA-KLM

JOHN LOUIS ATKINS,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
T. WARD, Corrections Officer/Agent,
M. ARVIZA, Supervisor of Education/Agent,
RENE G. GARCIA, Warden, FCI Englewood, and
HARLEY G. LAPPIN, Director, F.B.O.P.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Service of Summons Pursuant to[:] Rule 4 (c)(3) and (i)(1) through (3)** [Docket No. 31; Filed May 7, 2012] (the "Motion"). Pursuant to the District Judge's Order Referring Case [#23], "unless service has otherwise been completed or arranged, Plaintiff is directed to effect service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure . . . ." In compliance with this Order, Plaintiff seeks to have the Court effect service on Defendants. *See Motion* [#31]. However, the United States Marshals have already completed Service of Summons and Complaint on Defendants T. Ward, M. Arviza, Rene G. Garcia, the United States Attorney General (for Defendant Federal Bureau of Prisons), and on Charles E. Samuels, Jr., the current Director of the Federal Bureau of Prisons. *See* [#25, #26, #27, #28, #29]. Because Defendants to this lawsuit have already been served,

    IT IS HEREBY **ORDERED** that the Motion [#31] is **DENIED as moot**.

    Dated:  May 8, 2012