**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03252-CMA-KLM

JOHN LOUIS ATKINS,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
T. WARD, Corrections Officer/Agent,
M. ARVIZA, Supervisor of Education/Agent,
RENE G. GARCIA, Warden, FCI Englewood, and

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING JANUARY 15, 2013
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Kristen L. Mix pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.  (Doc. # 23.)  On January 15, 2013, Judge Mix issued a Recommendation, advising that Defendants' Motion to Dismiss (Doc. # 47) be granted such that Plaintiff's claims be dismissed without prejudice for lack of subject matter jurisdiction.  (Doc. # 59 at 13.)  The Recommendation stated that "the parties shall have fourteen (14) days after service of this Recommendation to serve and filed any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned."  (*Id.* at 14.)  It also informed the parties that "failure to serve and file specific, written objections waives de novo review of the Recommendation by the District Judge . . . ."  (*Id.*).  No party has filed objections.

"In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")). Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and finds that Judge Mix's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Kristen L. Mix (Doc. # 59) is AFFIRMED and ADOPTED as an Order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 47) is GRANTED and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

DATED: February   05  , 2013

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge